**THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 14-27066-PM** |
| **HAYAT BUILDING MAINTENANCE** ) | **Chapter 7** |
| **SERVICE, INC.** ) | |
| ) | |
| **Debtor.** ) | |
| ) | |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY FREE
AND CLEAR OF ANY AND ALL LIENS AND INTERESTS
PURSUANT TO 11 U.S.C. § 363**
**(Assets of Hayat Building Maintenance Service, Inc.)**

Janet M. Nesse, Chapter 7 Trustee of the bankruptcy estate of Hayat Building Maintenance Service, Inc. (the "Debtor"), by and through her undersigned attorneys, McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., states her Motion for Authority to Sell Personal Property Free and Clear of Any and All Liens and Interests Pursuant to 11 U.S.C. § 363 (the "Motion") and, in support thereof, states as follows:

1. This case was commenced on November 5, 2014 when the Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

2. Janet M. Nesse (the "Trustee") is the duly appointed and qualified Trustee of the Debtor's bankruptcy estate.

3. The Debtor was in the business of providing commercial street sweeping, power washing and maintenance services.

4. The Debtor owns vehicles, trailers, office equipment, supplies, furniture, fixtures, and other equipment more particularly identified on Schedule B, attached hereto as Exhibit A (collectively, the "Assets").

5. On February 1, 2015, the Trustee filed an Application to Employ N.T. Arrington and Nick Arrington as Auctioneer for the Estate and to Authorize Sale. The Court approved the employment of N.T. Arrington as Auctioneer on February 20, 2015.

6. The Auctioneer believes the aggregate value of the Assets is less than $100,000.00.

7. By this Motion, the Trustee seeks authority to sell the Assets through an Internet Auction and Private Sale.

8. The Trustee performed a reasonable investigation with regard to any liens and interests on the Assets and found none to exist. However, to the extent any of the Assets are encumbered, the Trustee also seeks to sell the Assets free and clear of any and all liens on the Assets and interests in the Assets, with any valid liens attaching to the proceeds of sale to the extent and priority that they attached to the Assets.

9. Contemporaneously herewith, the Trustee is filing a Motion to Shorten Time for responding to notice of sale from 21 days to 8 days, such that objections would be due on or before March 6, 2015.

10. The Trustee seeks to sell the Assets through an internet auction beginning on March 9, 2015 and ending on or about March 18, 2015. The Internet Auction will be held at www.arringtonauction.com. Information concerning the Assets can be found at www.arringtonauction.com.

11. The Trustee also seeks authority to sell by private sale in the event that the offer for a particular asset is reasonable given the appraised value of such property and provided it exceeds any internet offers.

12. The Trustee seeks authority to pay the Auctioneer 10% of gross proceeds of sale, plus reimbursement of all reasonable costs, from the proceeds of sale. The Trustee will disclose the compensation to the Auctioneer in the Report of Sale filed with the Court.

13. The net proceeds of the sale of the Assets, after satisfaction of any and all valid liens on the Assets and costs of sale, will be held by the Trustee pending further Order of the Court.

**WHEREFORE**, based on the foregoing, the Trustee respectfully requests this Honorable Court enter an order:

a. Granting the Trustee the authority to sell the Assets of Hayat Building Maintenance Service, Inc. free and clear of any and all liens and interests pursuant to 11 U.S.C. § 363, with all valid liens attaching to the proceeds;

b. authorizing the Trustee to execute all documents in connection with the sale;

c. instructing the Trustee to hold all other proceeds of the sale until further order of the Court; and

d. granting such other and further relief as this Court may deem just, equitable and proper.

Dated: February 26, 2015         Respectfully submitted

/s/ Janet M. Nesse
Janet M. Nesse (Fed. Bar No. 07804)
Steven L. Goldberg (Fed Bar No. 28089)
McNamee Hosea Jernigan Kim Greenan &
Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jnesse@mhlawyers.com
*Counsel for the Trustee*

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this 26th day of February, 2015, a true and correct copy of the Trustee's Motion for Authority to Sell Property Free and Clear of Any and All Liens and Interests Pursuant to 11 U.S.C. § 363 has been furnished by first class mail, postage prepaid, or via electronic transmission to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

David J. Kaminow
Meiselman, Salzer, Inman & Kaminow, P.C.
611 Rockville Pike
Suite 225
Rockville, MD 20852

Robert Goren, Esquire
Goren, Wolff & Orenstein
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD 20850

N.T. Arrington Auctioneers
nta1153@verizon.net

          /s/ Janet M. Nesse
          Janet N. Nesse