IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt

In re

HAYAT BUILDING MAINTENANCE SERVICE, INC.

Case No. 14-27066

Chapter 7

Debtors

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Marcos Medrano<br>8223 Barrett Road<br>Ft. Washington, MD 20744 | $1,079.18 |
| Lucas Hernandez<br>8648 Liberia Ave<br>Manassas, VA 20110 | $664.02 |

Dated: January 19, 2017

/s/ Janet M. Nesse Ch 7
Janet M. Nesse Ch 7, Trustee
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on January 19, 2017.